```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
YELTSIN BELTRAN,

        Plaintiff,

- against -

CITY OF NEW YORK, DETECTIVE O'LEARY,
and DETECTIVE BRIAN SHEA,

        Defendants.
------------------------------X

**ORDER**

19 Civ. 4647(NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the complaint naming Detective O'Leary and Detective Brian Shea as defendants in this action was filed on May 20, 2019; and

**WHEREAS** plaintiff thus had until August 20, 2019 to effect service on those defendants, see Fed. R. Civ. P. 4(m); and

**WHEREAS** by letter dated July 22, 2019, the Court reminded plaintiff of this deadline and noted that failure to abide by it would result in dismissal of the action as to those defendants without prejudice; and

**WHEREAS** plaintiff has failed as of this date to file proof of such service or to show good cause for that failure; it is hereby

**ORDERED** that plaintiff's claims against defendants Detective O'Leary and Detective Brian Shea are hereby dismissed from the above-captioned action without prejudice; and it is further

**ORDERED** that the Clerk of Court is directed to terminate as parties in this action Detective O'Leary and Detective Brian Shea.

**SO ORDERED.**

DATED: New York, New York
August 20, 2019

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE