```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
YELTSIN BELTRAN,

                Plaintiff,
                                              O R D E R
         - against -
                                              19 Civ. 4647 (NRB)
CITY OF NEW YORK, DETECTIVE O'LEARY,
and DETECTIVE BRIAN SHEA

                Defendants.
-------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** defendants O'Leary and Shea were dismissed from this case on August 20, 2019 for the plaintiff's failure to timely serve, ECF No. 15;

**WHEREAS** the Court scheduled an initial pretrial conference for November 18, 2019, ECF No. 17;

**WHEREAS** the sole remaining defendant, the City of New York ("City"), by the letter of November 15, 2019, asked the Court to convert the initial pretrial conference to a pre-motion conference for its proposed motion for judgment on pleadings pursuant to Federal Rule of Civil Procedure 12(c), ECF No. 18;

**WHEREAS** at the initial pretrial conference on November 18, 2019, the Court granted the City permission to make the proposed motion and set a briefing schedule;

**WHEREAS** pursuant to the briefing schedule, the City filed the motion on December 18, 2019, ECF No. 20;

1

**WHEREAS** pursuant to the briefing schedule, plaintiff's opposition was due by January 24, 2020;

**WHEREAS** plaintiff did not file any opposition by the scheduled due date;

**WHEREAS** Chambers called plaintiff's counsel on January 27 and January 29, 2020, seeking clarification concerning plaintiff's failure to file an opposition;

**WHEREAS** no written response from plaintiff has been filed;

**WHEREAS** on January 31, 2020, the City filed a letter, asking the Court to regard its motion as fully briefed and unopposed given plaintiff's failure to timely file an opposition, ECF No. 21; it is hereby

**ORDERED** that unless plaintiff files an opposition by February 10, 2020, the Court will consider the City's motion pursuant to Rule 12(c) as fully briefed and unopposed.

SO ORDERED.

Dated: New York, New York
February 3, 2020

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE