```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YELTSIN BELTRAN,

                      Plaintiff,

    -against-                                  19 **CIVIL** 4647 (NRB)

## JUDGMENT

CITY OF NEW YORK, Detective O'LEARY,
and Detective BRIAN SHEA, individually and
in their official capacities as New York City
Police Officers,

                      Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 22, 2020, defendant City's motion for judgment on the pleadings is granted and judgment is entered dismissing this case with prejudice and close this case; accordingly, this case is closed.

**Dated:** New York, New York

        July 23, 2020

                                                                **RUBY J. KRAJICK**
                                                                  Clerk of Court

                                **BY:**
                                                                  **Deputy Clerk**